JS-6

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 1 4 2015

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| VASILIS FOTIOU SAKELLARIDIS, | Case No. EDCV 14-02619 ODW (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| DAVE DAVEY, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order.

Dated: January _14_, 2015

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE